IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 3 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01697-BNB

ROBERT JUAREZ,

        Plaintiff,

v.

ARISTEDES W. ZAVARAS, Director Supervisor of the Department of Corrections,
GARY PARDUS, Director of Clinical Services for the Department of Corrections,
WARDEN ESTEP, Fremont Correctional Facility,
DR. CREANY, Fremont Clinical Services,
WARDEN MILYARD, Sterling Correctional Facility, and
PA STOCK, Sterling Medical Services,

        Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

    Plaintiff, Robert Juarez, initiated this action by filing *pro se* a Prisoner Complaint. On September 7, 2007, he filed an amended Prisoner Complaint on the proper form. Mr. Juarez asserts four claims pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. The court must construe the amended complaint liberally because Mr. Juarez is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Juarez will be ordered to file a second amended complaint.

    The court has reviewed the amended complaint filed by Mr. Juarez and finds that it is deficient because Mr. Juarez fails to allege facts to demonstrate that each of the

named Defendants personally participated in the asserted constitutional violations. Mr. Juarez mentions only one of the named Defendants in connection with the four claims for relief that he asserts in the amended complaint.

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Juarez must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Juarez will be directed to file a second amended complaint to allege specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. In order for Mr. Juarez to state a claim for relief, the second amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Juarez file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Juarez, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Juarez fails within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED October 23, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01697-BNB

Robert Juarez
Reg. No. 61104
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of the Prisoner Complaint** to the above-named individuals on 10/23/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk