IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01697-BNB

ROBERT JUAREZ,
Plaintiff,

v.

DR. CREANY, and
PA STOCK,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Robert Juarez is a prisoner in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility at Olney Springs, Colorado. Mr. Juarez has filed *pro se* on January 2, 2008, a second amended Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. In an order filed on January 8, 2008, Magistrate Judge Boyd N. Boland directed Mr. Juarez to show cause why this action should not be dismissed for failure to make monthly filing fee payments as required pursuant to 28 U.S.C. § 1915(b)(2). On January 28, 2008, Mr. Juarez filed his response to Magistrate Judge Boland's show cause order. On February 22, 2008, Mr. Juarez made a monthly payment in the amount of $13.00.

Mr. Juarez was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action on September 28, 2007. Pursuant to § 1915(b)(1), Mr. Juarez was ordered to pay the $350.00 filing fee and he was directed to pay the filing fee in installments. On October 22, 2007, Mr. Juarez paid an initial partial filing fee of

$12.00. Pursuant to § 1915(b)(2), Mr. Juarez is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full. In the court's September 28 order, Mr. Juarez was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause each month, Mr. Juarez was directed to file a current certified copy of his inmate trust fund account statement. Mr. Juarez was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Following payment of the initial partial filing fee in October 2007, Mr. Juarez did not make any monthly filing fee payments until February 22, 2008, and he failed to show cause why he was unable to make the monthly filing fee payments. In his response to Magistrate Judge Boland's January 8 order to show cause, Mr. Juarez alleges that he did not understand his obligation either to make monthly filing fee payments or to show cause each month why he was unable to make a monthly payment. Mr. Juarez also alleges that on January 16, 2008, he contacted someone in the Office of the Clerk of the Court who advised Mr. Juarez that the Court would determine how much Mr. Juarez must pay if he submits a certified copy of his inmate trust fund account statement. That is incorrect. It is Mr. Juarez' responsibility to determine how much he owes each month based on the amount of income he received in the preceding month. Finally, Mr. Juarez submitted to the Court with his January 28 response a copy of his inmate trust fund account statement.

The response filed by Mr. Juarez on January 28 does not demonstrate good cause for his failure to make any monthly filing fee payments until February 2008. In

fact, the account statement Mr. Juarez submitted reveals deposits of $50.00 in October 2007 and $100.00 in November 2007, along with other, smaller deposits in October, November, and December 2007 and January 2008. As a result, the account statement demonstrates that Mr. Juarez should have made a payment to the Court each and every month since he paid the initial partial filing fee in October 2007. Therefore, although Mr. Juarez finally, and belatedly, has made a single monthly filing fee payment in February 2008, the Court finds that he has failed to show good cause why the instant action should not be dismissed for his failure to make monthly filing fee payments in November and December 2007 and January 2008. Accordingly, it is

ORDERED that the complaint, the amended complaint, the second amended complaint, and the action are dismissed without prejudice because Plaintiff has failed to make monthly filing fee payments as required pursuant to 28 U.S.C. § 1915(b)(2).

DATED at Denver, Colorado, this 4 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01697-BNB

Robert Juarez
Prisoner No. 61104
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/4/08.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk